No. 04–1190. KOBOLD v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–1195. GAHR v. SECURITIES AND EXCHANGE COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 04–1200. BOARD OF COUNTY COMMISSIONERS OF EL PASO COUNTY, COLORADO, ET AL. v. SHOOK ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–1201. CALDWELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–1204. UNITED STATES EX REL. GRAVES ET AL. v. ITT EDUCATIONAL SERVICES, INC., ET AL.; and UNITED STATES EX REL. BOWMAN v. EDUCATION AMERICA, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–1217. LEE v. TOLSON, SECRETARY, NORTH CAROLINA DEPARTMENT OF REVENUE. Ct. App. N. C. Certiorari denied.

No. 04–1228. WALL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–1254. MOSES v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 04–1261. RONALD MORAN CADILLAC, INC. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–1262. SHALASH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–1265. HEDAITHY ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–1272. PIONEER COMMERCIAL FUNDING CORP. v. CORESTATES BANK, N. A. Sup. Ct. Pa. Certiorari denied.

No. 04–7415. WILLIAMS v. COTTON, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.